UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:13-CR-00045-TBR

JOSE MANUEL JIMENEZ,                                              PETITIONER/DEFENDANT

v.

UNITED STATES OF AMERICA,                                          RESPONDENT/PLAINTIFF

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Movant Jose Manual Jimenez's motion to set aside this Court's Order and Judgment adopting the Magistrate Judge's Findings of Fact, Conclusion of Law, and Recommendation. [DN 214.] The United States did not respond in opposition, and this matter is now ripe for ruling.

Jimenez filed a motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255, [DN 206.] The Magistrate Judge filed a report recommending that Jimenez's motion be denied on March 22, 2018. [DN 211.] About nineteen days later, on April 11, 2018, Jimenez had filed no objection to the Magistrate Judge's report, and the Court therefore entered an Order and Judgment adopting the Magistrate Judge's report in full. [DN 212; DN 213.]

In his instant motion, however, Jimenez avers, in a signed affidavit, that he never received a copy of the Magistrate Judge's report and that, if he had, he would have "filed an immediate objection." [DN 214 at 2.] Indeed, Jimenez previously met deadlines in the case and promptly replied in support of his § 2255 motion after the United States responded. [*See* DN 210.] Accordingly, the Court has no reason to doubt the truthfulness of Jimenez's assertion that he never had a chance to object to the Magistrate Judge's report. Therefore, the Court will **GRANT** Jimenez's motion, [DN 214], and **SET ASIDE** its Order and Judgment, [DN 212; DN

1

213], adopting the Magistrate Judge's report and recommendation and denying Jimenez's motion. Jimenez **SHALL FILE** any objections to the Magistrate Judge's report no later than **Monday, July 2, 2018.**

    **IT IS SO ORDERED**.

Date:

cc:    Counsel

    **Jose Manuel Jimenez**
    66563-180
    TERMINAL ISLAND
    FEDERAL CORRECTIONAL INSTITUTION
    Inmate Mail/Parcels
    P.O. Box 3007
    San Pedro, CA 90733
    PRO SE